1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

SHAWN EDDY,                                      )
     #1796301                             )
                            )
         Plaintiff,                       )          2:09-cv-01018-KJD-GWF
                            )
vs.                                                       )
                            )          **ORDER**
SHERIFF DOUGLAS GILLESPIE, *et al.*,   )
                            )
         Defendants.                     )
_____/

On July 26, 2010, plaintiff filed a motion to reopen case (docket #7) as well as a motion for application to proceed *in forma pauperis* (docket #8). He also filed a motion for free copies (docket #9) and a motion for appointment of counsel (docket #10), both on August 3, 2010. However, this action was dismissed without prejudice on August 26, 2009 (docket #4) for failure to comply with this court's order, and judgment was entered by the Clerk on August 27, 2009 (docket #5). Accordingly, this case is closed. Plaintiff is advised that if he wishes to seek relief he shall file a new application to proceed *in forma pauperis*, with the requisite financial information, and a complaint, in a new case. Plaintiff shall file no further documents in this closed case.

**IT IS THEREFORE ORDERED** that plaintiff's motion to reopen case (docket #7)

1   is **DENIED**.

2          **IT IS FURTHER ORDERED** that plaintiff's application to proceed *in forma*

3   *pauperis* (docket #8) is **DENIED**.

4          **IT IS FURTHER ORDERED** that plaintiff's motion for free copies (docket #9) is

5   **DENIED**.

6          **IT IS FURTHER ORDERED** that plaintiff's motion for appointment of counsel

7   (docket #10) is **DENIED**.

8          **IT IS FURTHER ORDERED** that the Clerk **SHALL SEND** the original complaint

9   (Docket #1-1) to plaintiff.

10         **IT IS FURTHER ORDERED** that plaintiff shall file no further documents in this

11  closed case.  Any further documents that plaintiff attempts to file in this case shall be stricken.

12         DATED: August 24, 2010

13

14                            UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

2